**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BOBCAR MEDIA, LLC,

                    Plaintiff,                16 **CIVIL** 885 (JPO)

       -against-                     **JUDGMENT**

AARDVARK EVENT LOGISTICS, INC.,
                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 6, 2020, Defendant's motion to exclude expert testimony is granted; Defendant's motion for summary judgment is granted; Plaintiff's cross-motion for summary judgment is denied; judgment is entered on behalf of Defendant; accordingly, the case is closed.

**Dated:** New York, New York
       April 8, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                                  **Clerk of Court**
                     **BY:**
                                           _____
                                                  **Deputy Clerk**