UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOBCAR MEDIA, LLC,
                         Plaintiff,

         -v-

AARDVARK EVENT LOGISTICS, INC.,
                         Defendant.

16-CV-885 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 28, 2020, Plaintiff filed a letter motion requesting that all of Defendant's counterclaims be dismissed in light of this Court's January 14, 2019 Order dismissing Plaintiff's patent causes of action and April 6, 2020 Opinion and Order granting Defendant's motion for summary judgment.  (Dkt. No. 161).  On April 30, 2020, Defendant filed a letter response consenting to the dismissal.  (Dkt. No. 162.)

The motion is GRANTED, and the Judgment at Docket No. 160 is vacated.  All of Defendant's asserted counterclaims are DISMISSED as moot.  The Clerk is directed to close the motion at Docket Number 161 and issue an amended judgment in accordance with this order.

       SO ORDERED.

Dated: April 30, 2020
       New York, New York

                                            J. PAUL OETKEN
                                          United States District Judge