**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BOBCAR MEDIA, LLC,

                        Plaintiff,                  16 **CIVIL** 885 (JPO)

          -against-                  **AMENDED JUDGMENT**

AARDVARK EVENT LOGISTICS, INC.,
                        Defendants.
------------------------------------------------------------X

      Whereas on April 28, 2020, Plaintiff filed a letter motion requesting that all of Defendant's counterclaims be dismissed in light of this Court's January 14, 2019 Order dismissing Plaintiff's patent causes of action and April 6, 2020 Opinion and Order granting Defendant's motion for summary judgment. (Dkt. No. 161). On April 30, 2020, Defendant filed a letter response consenting to the dismissal. (Dkt. No. 162.).

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 6, 2020, and Order dated April 30, 2020, Defendant's motion to exclude expert testimony is granted; Defendant's motion for summary judgment is ranted; Plaintiff's cross motion for summary judgment is DENIED; the motion is granted, and all of Defendant's asserted counterclaims are dismissed as moot.

**Dated:**  New York, New York
            April 30, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                           **Clerk of Court**
                                         **BY:**
                                                           _____
                                                           **Deputy Clerk**